GALATEA DELAPP
Attorney at Law
4905 N Harrison Avenue
Fresno, California  93704
Telephone: (559) 803-0471


Attorney for Defendant
Boonthan Seechan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-mj-00090 SKO |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE;  and ORDER |
| v. | Date:   March 22, 2012 |
| BOONTHAN SEECHAN | Time:  10:00 A.M. |
| Defendant. | **Hon. Dennis L. Beck** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective counsel, that a new motions schedule be set, but that the hearing on motions now set

for March 22, 2012, at 10:00 A.M. before The Honorable Dennis L. Beck shall remain as

presently scheduled.  The requested new motions schedule is as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | December 16, 2011 | February 9, 2012 |
| Replies Due | January 20, 2012 | March 1, 2012 |
| Responses Due | February 10, 2012 | March 8, 2012 |

This continuance is requested by counsel for defendant to allow the parties additional

time to attempt to investigate, confer and potentially resolve the matter.  New counsel for the

government has recently been assigned and it is possible that the parties may be able to resolve

the matter without the necessity of motions.  This revised schedule has been discussed and

agreed to by Assistant United States Attorney Wallace Lee and Assistant Federal Defender

Rachel Hill for companion case U.S. v. Nulek Singkeovilay, 1:11-mj-00089 SKO (represented

by Rachel Hill).  The requested continuance will conserve time and resources for all parties and

the court.

      The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein

for further defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be

served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 16, 2011

/s/ Wallace Lee
WALLACE LEE
Assistant United States Attorney
Attorney for Plaintiff

DATED: December 16, 2011

/s/  Galatea DeLapp
GALATEA DeLAPP
Attorney at Law
for BOONTHAN SEECHAN

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 19, 2011**                    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE