UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-mj-00090 SKO |
| Plaintiff, | |
| | **NEW CASE NUMBER** |
| v. | |
| | **1:11-mj-00090 BAM** |
| BOONTHAN SEECHAN, | _____ |
| | ORDER OF RECUSAL |
| Defendant. | |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS FURTHER ORDERED that this case is reassigned to

1

1  Magistrate Judge Barbara A. McAuliffe.
2      All future pleadings filed with the court shall use the
3  following case number:
4                      **1:11-mj-00090 BAM**
5      Failure to use the correct case number may result in a delay
6  in the document being received by the correct judicial officer.
7
8  IT IS SO ORDERED.
9      Dated:  **May 1, 2012**                    **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

2