1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                    CASE NO. 11-MJ-00087 BAM

12                    Plaintiff,                  **ORDER ON GOVERNMENT'S MOTIONS**
                                                  **TO CONSOLIDATE CASES**
13          vs.

14   CARTER A. SILAPACHAI,

15                    Defendant.
     _____/
16
     UNITED STATES OF AMERICA,                    CASE NO. 11-MJ-00088 BAM
17
                      Plaintiff,
18
            vs.
19
     THAI SEE,
20
                      Defendant.
21   _____/

22   UNITED STATES OF AMERICA,                    CASE NO. 11 MJ-00090 BAM

23                    Plaintiff,

24          vs.

25   BOONTHAN SEECHAN,

26                    Defendant.
     _____/
27

28

                                    1

1    Each of the above actions arise from an incident involving possessing unlawfully taken wildlife

2  in the Sequoia/Kings Canyon National Park.  Defendant Carter A. Silapachai is charged with a single

3  count of possession of Unlawfully Taken Wildlife or Portions Thereof in violation of 36 C.F.R. §

4  2.2(a)(3).  Defendant Thai See is charged with a single count of Possession of Unlawfully Taken

5  Wildlife or Portions Thereof in violation of 36 C.F.R. § 2.2(a)(3).  Defendant Boonthan Seechan is

6  charged with Taking of Wildlife in violation of 36 C.F.R. § 2.2(a)(1) (Count One), and Using a Weapon

7  Inside a National Park in violation fo 36 C.F.R. §2.4(a)(1)(iii) (Count Two).

8    The Government moved to consolidate the above actions.  The Court set a briefing schedule and

9  set a deadline for any opposition to be filed.  Defendants have not filed an opposition to the

10 consolidation and do not oppose consolidation.  The Court then took the motions under submission.

11   Rule 13 of the Federal Rules of Criminal Procedure provides that the Court may join separate

12 cases to be tried together "if all offenses and all defendants could have been joined in a single indictment

13 or information." Fed. R. Crim. P. 13. The offenses charged in the three separate informations at issue

14 could have been joined in a single information under Rule 8 of the Federal Rules of Criminal Procedure

15 because the defendants participated in the same series of acts constituting offenses, as described in

16 Rule 8(b) ("The indictment or information may charge 2 or more defendants if they are alleged to have

17 participated in the same act or transaction, or in the same series of acts or transactions, constituting an

18 offense or offenses").

19   The Court has reviewed each of the above-captioned matters.  The Court finds that they involve

20 the same legal issues and same act or transactions or series of acts or transactions and are thus so related

21 and intertwined to merit consolidation.  Accordingly, on the basis of good cause and in the interests of

22 judicial economy, the Court orders:

23   1.  The Government's motions to consolidate the above-captioned actions are GRANTED and

24 the actions will be consolidated for all purposes as one action, the *United States v. Silapachai* action

25 (Case No. 11-mj-00087 BAM) on the grounds consolidation will promote efficiency and convenience

26 and will avoid unnecessary costs and delay.

27 /////

28 /////

2

1    2.   One set of findings of fact and conclusions of law, if any, and one judgment will be made as

2    to the consolidated action.

3    3.   All further papers for the above-captioned actions shall be filed in the *United States v.*

4    *Silapachai* action (Case No. 11-mj-00087 BAM).

5    4.   The clerk of the Court is directed to file a copy of this order in *United States v. Thai See*,

6    Case No. 11-mj-00088 BAM and in *United States v. Boonthan Seechan,* Case No. 11-mj-00090 BAM.

7    No further papers or documents are to be filed in either of these two cases.

8         IT IS SO ORDERED.

9    **Dated:   May 23, 2012**          **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28